**Celia Lasman and Marks Lasman, appellants, v. Joseph Connell and Alfred Patten, trustees, appellees. Gen. No. 28,753.**

Action of debt on foreign judgment. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. George A. Sentel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and judgment here. Opinion filed March 11, 1924.

Frederick A. Brown, for appellants; William R. T. Ewen, of counsel. Russell B. James, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.